JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENJAMIN A. GIBBS, | ) | Case No. EDCV 13-382-CAS (KK) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| C. HERNANDEZ, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed with prejudice.

Dated: January 8, 2015

*/s/ Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE